# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 29, 2016

## NO. 03-16-00364-CV

**J. E. and D. C. a/k/a D. W., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM 428TH DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order of termination signed by the district court on May 12, 2016. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.